Ethan Preston (263295)
ep@eplaw.us
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
Telephone: (972) 564-8340
Facsimile: (866) 509-1197

*Attorneys for Plaintiff Kelly Pinn, on her own behalf,
and on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY PINN, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEGAL TAX DEFENSE, INC., a California corporation, and DOES 1-10, inclusive,<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br>No. 24-5778 |

Plaintiff Kelly Pinn ("Pinn" or "Plaintiff") hereby voluntarily dismisses her claims against Defendants Legal Tax Defense, Inc. with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with all parties bearing their own costs. The claims of putative class members are dismissed without prejudice.

Dated: September 1, 2024      By: s/Ethan Preston

Ethan Preston (263295)
ep@eplaw.us
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
Telephone: (972) 564-8340
Facsimile: (866) 509-1197

*Attorneys for Plaintiff Kelly Pinn, on her own behalf and behalf of all others similarly situated*

Notice of Voluntary Dismissal                                                                 No. 24-5778